# United States District Court

for the

# District of Colorado

| | |
|---|---|
| John Joseph Roche ) | |
| *Plaintiff(s)* ) | |
| v ) | **Wrongful Termination** |
| Lincoln College ) | |
| of Technology ) | '13 - CV - 01204 |
| Allan Short, Sue Kuhl ) | |
| Steven Lasecke, Et al ) | Case # _____ |
| *Defendant(s)* ) | |

**COMES NOW,** John Joseph Roche the above entitled Plaintiff in this case, and proceeding Pro Se, files on this action on the plaintifs own behalf. May it please the Court the Plaintiff represents the following allegations against the Defendant as follows:

1) The plaintiff was employed by the Defendant in the capacity of Automitive Instructor, Beginning April 16th 2012.

2) The Plaintiff was terminated by the defendant for "alleged Sexual Harrasment" on approx April 6th 2013.

3) The reasons for the Plaintiffs Dismissal did not meet the guidlines of the Defendants own Employee Handbook as outlined on pages 14 and 15 of said handbook as supplied to the Plaintiff by the Defendant upon commencement of his employment.

1

4) The Defendants previously allowed and overlooked similar actions by other employees because the race of the supervisor was black and the race of the offending employee was black.

5) The Defendants represented to the Plaintiff that the Plaintiff used foul language and that said language was un acceptable, but that the use of the same vulgarities continue to be overlooked by management and supervisors in clear violation of the Defendants own Employee Handbook as represented on pages 14 and 15.

6) The Plaintiff during his employment continued to recieve above required performance ratings, yet upon recieving a denial of Unemployment Benifits from the State of Colorado, the Defendants stated the Plaintiff was terminated for " failure to meet established job performance standards".

7) The Defendant Steve Lasecke engaged in deceptive actions by representing to the Plaintiff that he was trying to keep the defendant employed, when in fact Defendant Lasecke was in fact pushing for termination.

8) That the student alleging the Sexual Harrasment engaged in actions, both verbal and in social media that defamaed, slandered and libeled the plaintiff , and that Defendant Lasecke was made aware of these remarks and failed make any effort to stop them.

9) That the Defendants failed to follow established guidlines as outlined by the Office of Civil Rights with tegard to allegations of this nature thus violating the Plaintiffs right to due processs.

The plaintiff seeks relief in this matter in the for Reverse Discrimination, Violation Of Civil Rights, Wrongful Termination in

2

the following amounts:
   Compensatory damages in the Amount Of $500,000.00 Dollars
      (Five Hundred Thousand Dollars)
   Punitive damages in the amount of $4,500,000.00
      (Four Million Five hundred Thousand Dollars)
   Filing fees and Court costs as awarded by the Court.

Signed,

_____
John Joseph Roche
16571 E Iliff Pl
Aurora Co. 80013