**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01204-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOHN JOSEPH ROCHE,

      Plaintiff,

v.

LINCOLN COLLEGE OF TECHNOLOGY,
ALLAN SHORT,
SUE KUHL, and
STEVEN LASECKE,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, acting *pro se*, initiated this action by filing a complaint titled, "Wrongful Termination," and paying the $400.00 filing fee.  Pursuant to D.C.COLO.LCivR 8.1.A, the Court has determined that the complaint is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application

(8) ___ other: form must be signed and notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint or Petition**:
(9) ___ is not submitted
(10) _X_ is not on proper form (A *pro se* filer must use the Court's current form and provide the requested information including, but not limited to, jurisdiction for claims, a short and concise statement of each claim, and addresses for each named defendant.)
(11) ___ is missing an original signature by the Plaintiff
(12) ___ is incomplete:
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action may be subject to dismissal.

DATED May 8, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge