IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01204-LTB

JOHN JOSEPH ROCHE,

    Plaintiff,

v.

LINCOLN COLLEGE OF TECHNOLOGY,
ALLAN SHORT,
SUE KUHL, and
STEVEN LASECKE,

    Defendants.

## ORDER TO REINSTATE CASE

On June 25, 2013, the Court dismissed this action because Mr. Roche had failed to cure deficiencies and comply with the May 8, 2013 Order within the time allowed. Unbeknown to the Court, Mr. Roche complied on June 20, 2013.  Accordingly, it is

ORDERED that the Order of Dismissal and the Judgment, both filed on June 25, 2013, are vacated.  It is

FURTHER ORDERED that the Clerk of the Court is directed to reinstate this action and return it to the *pro se* docket.  It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED at Denver, Colorado, this __28th__ day of ___June___, 2013.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          LEWIS T. BABCOCK, Judge
                          United States District Court